LOTTIE D. LARGE, Appellant, v. THE FIRST TRUST COMPANY OF TONAWANDA

and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.